CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01903−JNE−FLN

Reijo v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Joan N. Ericksen
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 06/10/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Ronald E Reijo**

represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2008 | Ï 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 40024401.) assigned to Judge Joan N Ericksen per Master List and referred to Magistrate Judge Franklin L Noel, filed by Ronald E Reijo. (Attachments: # 1 Civil Cover Sheet) (kt) (Entered: 06/10/2008) |
| 06/10/2008 | Ï | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (kt) (Entered: 06/10/2008) |
| 06/13/2008 | Ï 2 | REQUEST FOR WAIVER of Service sent to Ms. Sabina Downing, Attorney for Defendants (ckp.filings@crbard.com) on 6/13/2008 by Ronald E Reijo. Waiver of Service due by 7/14/2008. (Attachments: # 1 Attached Waiver of Service of Summons Form sent to Defendants, # 2 Certificate of Service)(Johnson, Charles) (Entered: 06/13/2008) |
| 06/24/2008 | Ï 3 | WAIVER OF SERVICE Returned Executed filed by Ronald E Reijo. Davol, Inc. waiver sent on 6/13/2008, answer due 8/12/2008; C.R. Bard, Inc. waiver sent on 6/13/2008, answer due 8/12/2008. (Johnson, Charles) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 4 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE by Ronald E Reijo re 3 Waiver of Service Executed (Johnson, Charles) (Entered: 06/24/2008) |
| 08/14/2008 | Ï 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−25), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (RLR) (Entered: 08/14/2008) |